## 55613. EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY et al. v. CARTER.

QUILLIAN, Presiding Judge.
The evidence was sufficient to support the award of the State Board of Workmen's Compensation.
*Judgment affirmed. Webb and McMurray, JJ., concur.*

ARGUED APRIL 5, 1978 — DECIDED MAY 4, 1978.

*Swift, Currie, McGhee & Hiers, George L. Pope, Jr.,* for appellants.
*McNulty & Donohue, William M. McNulty, Sr., J. Blair Craig, II,* for appellee.

